## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Creekridge Capital  LLC

    Plaintiff,       Civil 06-3379 (PAM/JSM)

v.              **ORDER OF DISMISSAL**

Eisenhower Medical Center,

    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April   10  , 2007

            s/Paul A Magnuson
            Paul A. Magnuson**,** Judge
            United States District Court